# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-9598 FMO (RAOx) | Date | December 5, 2019 |
| Title | Ball C M, Inc., et al. v. Neilla Marie Cenci, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present     None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

    Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). The court may dismiss the action prior to the 90 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

    In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **December 12, 2019**, why this action should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of:

X     Proof of service of summons and complaint upon the following defendants, an answer by the defendants, or plaintiff's application for entry of default pursuant to Fed. R. Civ. P. 55(a) as to the following defendants:
    **Neilla Marie Cenci**
    **Citigroup Corporate Holdings, Inc.**
    **Department Stores National Bank**
    **Macy's Inc.**
    **Macy's West Stores, Inc.**
    **The Home Depot, Inc.**
    **Home Depot U.S.A., Inc.**
    **Best Buy Co., Inc.**
    **Citicorp USA, Inc.**

on or before the date indicated above. Failure to file a timely response to this Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 19-9598 FMO (RAOx)** | Date | **December 5, 2019** |
|---|---|---|---|
| Title | **Ball C M, Inc., et al. v. Neilla Marie Cenci, et al.** | | |

and for failure to comply with the orders of the court. See Local Rule 41; Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | cw | |